IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA MARIA MASTRONI MUCKER,**<br>Plaintiff,<br><br>v.<br><br>**CAROLYN W. COLVIN,** Acting Commissioner Social Security Administration,<br>Defendant. | **CIVIL ACTION**<br><br><br><br><br>**NO. 13-7633** |

# O R D E R

**AND NOW**, this 26th day of October, 2015, upon consideration of Plaintiff's Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated September 30, 2015, there being no objection, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge David R. Strawbridge dated September 30, 2015, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**; and,

3. **JUDGMENT IS ENTERED IN FAVOR** of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security and **AGAINST** plaintiff, Donna Maria Mastroni Mucker.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.